IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSSELL HOLLIDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   15-21-SCW |
| | ) |
| DONALD JASON RAMERT, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

This case came before this Court for jury trial.   The issues have been tried and the jury has rendered its verdict (Doc. 40).

THEREFORE, judgment is entered in favor of Defendant **DONALD JASON RAMERT** and against Plaintiff **RUSSELL HOLIDAY.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 19th day of August, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

**BY**: *s/ Angie Vehlewald*
**Deputy Clerk**

**Approved by**  *s/ Stephen C. Williams*
**United States Magistrate Judge
Stephen C. Williams**